UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>                          Plaintiff,<br><br>-against-<br><br>DELTA GALIL USA INC., a New York corporation, d/b/a SPLENDID-SOHO, et al.,<br><br>                          Defendants. | 23-cv-4421 (AS)<br><br>**ORDER** |

ARUN SUBRAMANIAN, United States District Judge:

This case has been assigned to me for all purposes. The Complaint was filed on May 25, 2023, and a summons was issued on May 26, 2023. *See* ECF Nos. 1, 5–6. Plaintiff has not filed any affidavit of service on Defendants.

Plaintiff is hereby ORDERED to file a letter, no later than **September 29, 2023,** explaining why he has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendants have been served, when and in what manner such service was made. Failure to do so will result in dismissal for failure to prosecute.

SO ORDERED.

Dated: September 11, 2023
       New York, New York

                                                      _____
                                                      ARUN SUBRAMANIAN
                                                      United States District Judge